UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POWERS & MERCHANT, PLLC,
SOUTH HAVEN FINANCIAL, LLC
and FRANK IACONO,

                    Petitioners,

-against-

ABBINGTON PARTNERS, LLC,
And JAMES H. MITCHELL III,

                    Respondents.

**ORDER**

12 Civ. 7926 (PGG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/12

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that all documents currently filed under seal in this matter are hereby unsealed for the reasons stated in open court today.

       It is further ORDERED that this action is stayed until three days after the Massachusetts Superior Court issues a decision on the pending motion to dismiss and compel arbitration in <u>Abbington Partners v. Iacono et al.</u>, No. 12-3792-BLSI (Mass. Superior. Ct.). Within three days after issuance of that decision, the parties are directed to file a joint letter informing the Court of the Massachusetts court's decision and proposing how the instant case should proceed.

Dated: New York, New York
       November 16, 2012

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge